**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:                                                          CASE NO: **15-01647-PMG**

**BEN T. MALONE, SR. and
CHERYL L. MALONE,**
                            Debtor(s).
_____/

<u>**MOTION FOR THE CONTINUATION OF THE AUTOMATIC STAY
AS TO ALL CREDITORS**</u>

Pursuant to 11 USC §362(c)(3), the automatic stay in this case terminates 30 days after the petition was filed.

Debtor needs to have the automatic stay extended as to all creditors during the pendency of the case, in order that Debtor may safeguard his homestead and personal property.

This case was filed in good faith as to all creditors.

WHEREFORE Debtor moves the Court to extend the automatic stay.


**DATED: April 24, 2015**                      **The Law Offices of Keith D. Collier**
                                                        <u>/s/ Keith D. Collier, Esquire</u>
                                                        **KEITH D. COLLIER**
                                                        Florida Bar No.: 0633771
                                                        2350 Park Street
                                                        Jacksonville, Florida 32204
                                                        (904) 981-8100/Fax: 981-8015
                                                        Collier@KeithDCollier.com
                                                        Attorney for Debtor


<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by Electronic Mail or U.S. Mail to all parties of interest listed on the attached mailing matrix this 24th day of April, 2015.


                                                        <u>/s/ Keith D. Collier, Esquire</u>
                                                        **KEITH D. COLLIER**

Label Matrix for local noticing
113A-3
Case 3:15-bk-01647-PMG
Middle District of Florida
Jacksonville
Fri Apr 24 09:20:13 EDT 2015

BMW Financial Services INC
P.O. Box 201347
Arlington, TX 76006-1347

HSBC Bank USA, National Association as Trust
eXL Legal, PLLC
12425 28th Street North, Suite 200
St. Petersburg, FL 33716-1826

Cheryl L. Malone
1044 W Dorchester Dr
Saint Johns, FL 32259-6284

Ben T. Malone Sr.
1044 W Dorchester Dr
Saint Johns, FL 32259-6284

121fcu
PO Box 16688
Jacksonville, FL 32245-6688

Ally Fincl
PO Box 380901
Bloomington, MN 55438-0901

American Express
PO Box 3001
Malvern, PA 19355-0701

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Ansbacher Law
8818 Goodbys Execute Dr Ste 100
Jacksonville, FL 32217-4692

BMW Financial Services NA, LLC
5550 Britton Parkway
Hilliard, OH 43026-7456

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Baptist Hospital South
14550 Old Saint Augustine Rd
Jacksonville, FL 32258-2460

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bmw Fin Svc
5515 Parkcenter Cir
Dublin, OH 43017-3584

Cach LLC
4340 S Monaco St Unit 2
Denver, CO 80237-3408

Cach LLC/Square Two Financial
Attention: Bankruptcy
4340 S Monaco St Unit 2
Denver, CO 80237-3408

Cap1/bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Cap1/rhode
PO Box 30253
Salt Lake City, UT 84130-0253

Capital Office
210 Fentress Blvd
Daytona Beach, FL 32114-1231

Cb/Express
PO Box 182789
Columbus, OH 43218-2789

Cb/cmpnyst
PO Box 182789
Columbus, OH 43218-2789

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase- Bp
PO Box 15298
Wilmington, DE 19850-5298

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Citi-Shell
PO Box 6497
Sioux Falls, SD 57117-6497

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Creditonebnk
PO Box 98872
Las Vegas, NV 89193-8872

Douglas C Zahm PA
12425 28th St N Ste 200
Saint Petersburg, FL 33716-1826

Express/Comenity Bank
Attention: Bankruptcy Dept
PO Box 182686
Columbus, OH  43218-2686

First Data
1307 Walt Whitman Rd
Melville, NY 11747-4819

First Data
4000 Coral Ridge Dr
Coral Springs, FL  33065-7614

Flagler Hospital
400 Health Park Blvd
Saint Augustine, FL 32086-5790

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Frederick J. Hanna & Associates, P.C
7901 SW 6th Ct Ste 310
Plantation, FL  33324-3283

GECRB/Howards
Attention: Bankruptcy
PO Box 103104
Roswell, GA  30076-9104

GECRB/Lowes
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA  30076-9104

GMAC
PO Box 105677
Atlanta, GA  30348-5677

Gecrb/Care Credit
Attn: bankruptcy
PO Box 103104
Roswell, GA  30076-9104

I C System
PO Box 64378
Saint Paul, MN  55164-0378

Ic System
Attn: Bankruptcy
444 Highway 96 E
Saint Paul, MN 55127-2557

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Julington Creek Planation
c/o Ansbacher Law
8818 Goodbys Executive Dr
Jacksonville, FL 32217-4696

Law Offices of Keith D. Collier, PLLC
2350 Park St
Jacksonville, FL  32204-4318

May Management Services Inc.
5455 Ala S
Saint Augustine, FL  32080-7111

Ntl Crdt Sys
117 E 24th St
New York, NY 10010-2937

Odpc/cbna
PO Box 6497
Sioux Falls, SD  57117-6497

Odpt/cbsd
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO  64195-0507

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Property Management Support Inc
1 Sleiman Pkwy Ste 210
Jacksonville, FL  32216-8046

SUNTRUST BANK
PO Box 85092
Richmond, VA  23285-5092

Safe Touch
9600 Sunbeam Center Dr
Jacksonville, FL  32257-1101

St. Johns County Tax Collector
Dennis W. Hollingswo
Post Office Box 9001
Saint Augustine FL 32085-9001

Suntrust Mortgage/Cc 5
Attn:Bankruptcy Dept
PO Box 85092
Richmond, VA  23285-5092

Suntrust Mtg
1001 Semmes Ave
Richmond, VA  23224-2245

Syncb/carecr
950 Forrer Blvd
Kettering, OH  45420-1469

Syncb/havert
C/o
PO Box 965036
Orlando, FL  32896-5036

Syncb/low
PO Box 965005
Orlando, FL  32896-5005

Syncb/matfrm
C/o
PO Box 965036
Orlando, FL  32896-5036

Syncb/natns
C/o
PO Box 965036
Orlando, FL 32896-5036

TD BANK USA NA
PO Box 3978
Seattle, WA 98124-3978

Target N.B.
PO Box 673
Minneapolis, MN 55440-0673


Target/td
PO Box 673
Minneapolis, MN 55440-0673

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Tom Bush BMW Leasing
9876 Atlantic Blvd
Jacksonville, FL 32225-6567


Tracy Considine, Esquire
1 Sleiman Pkwy Ste 210
Jacksonville, FL 32216-8046

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085


Wells Fargo Bank Nv NA
Attn: Deposits Bankruptcy MAC# P6103-05K
PO Box 3908
Portland, OR 97208-3908

Wfhe
PO Box 31557
Billings, MT 59107-1557

Wfhm
PO Box 10335
Des Moines, IA 50306-0335


Zwicker & Associates, PC
10550 Deerwood Park Blvd
Bldg 300, Ste 300
Jacksonville, FL 32256-2805

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Keith D. Collier +
Law Offices of Keith D. Collier (Jax)
2350 Park Street
Jacksonville, FL 32204-4318


Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308

Kenneth W Lockwood +
eXL Legal, PLLC
12425 28th Street North, Suite 200
St. Petersburg, FL 33716-1826


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Bk of Amer
PO Box 982235
El Paso, TX 79998-2235

(d)Bmw Financial Services
Attn: Bankruptcy Department
PO Box 3608
Dublin, OH 43016-0306


Citibank Sd, NA
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195-0363

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

(d)Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541-1067


(d)Shell Oil / Citibank
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195-0363

Vystar Credit Union
Attn: Bankruptcy
PO Box 45085
Jacksonville, FL 32232-5085

(d)Vystar Cu
PO Box 45085
Jacksonville, FL 32232-5085

End of Label Matrix
Mailable recipients    76
Bypassed recipients     0
Total                  76